OF THE

## STATE OF ILLINOIS,

DELIVERED

## AT THE DECEMBER TERM 1846,

AT SPRINGFIELD.

---

PETER SEARS, appellant, v. ZEBINA SEARS, appellee.

### *Appeal from Kane.*

A. sued B. and the cause was tried by a jury, who rendered a verdict for A. A motion for a new trial was made and overruled, and the following order entered, to wit: "Zebina Sears v. Peter Sears. *Assumpsit.* This day came the parties by their attorneys, and after argument it is ordered by the Court, that the defendant's motion for a new trial be overruled, and that the plaintiff have judgment and execution against the defendant for two hundred and fifty six dollars and fifty eight cents, his damages aforesaid, together with his costs herein." On error being assigned, that the Court erred in awarding execution against the defendant without rendering a judgment on the finding of the jury, it was *held* that there was a valid judgment on the verdict, and that the judgment was substantially good.

ASSUMPSIT in the Kane Circuit Court, brought by the appellee against the appellant, and heard at the October term 1845, before the Hon. John D. Caton and a jury. Verdict and judgment for the plaintiff below for $256·58. A motion

for a new trial was made and overruled, and the defendant prosecuted an appeal in this Court.

*O. Peters,* for the appellant.

*I. G. Wilson,* and *W. B. Plato,* for the appellee.

The second error, which is the only one relied on by the appellant, is not well taken. The judgment is substantially, if not technically, correct. Comyn's Dig., title "*Judgment,*" 741–2. But even if it be informal, this Court will render such judgment as should have been rendered on the verdict in the Court below.

The Opinion of the Court was delivered by

TREAT, J.* This action was tried in the Circuit Court, and a verdict returned in favor of the plaintiff for $256·58. A new trial was demanded. Subsequently, the following order was entered of record:

"Zebina Sears v. Peter Sears. Assumpsit. This day came the parties by their attorneys, and after argument it is ordered by the Court, that the defendant's motion for a new trial be overruled, and that the plaintiff have judgment and execution against the defendant for two hundred and fifty six dollars and fifty eight cents, his damages aforesaid, together with his costs herein."

An appeal was taken by the defendant. The only assignment of error relied on is, that the Circuit Court erred in awarding an execution against the defendant without rendering a judgment on the finding of the jury. This cannot be sustained. There is a valid judgment on the verdict; it may not be technically expressed, but is substantially good.

The judgment of the Circuit Court is affirmed with costs.

*Judgment affirmed.*

---

* Justice YOUNG was absent, &c.